JOHN T. KEATING
Nevada Bar No. 6373
**K E A T I N G** LAW GROUP
9130 W. Russell Road, Suite 200
Las Vegas, Nevada 89148
jkeating@keatinglg.com
(702) 228-6800 phone
(702) 228-0443 facsimile
Attorney for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KHALED ALTHAHER,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED FINANCIAL CASUALTY COMPANY dba PROGRESSIVE; and DOES I – V and ROE CORPORATIONS VI – X, inclusive,<br><br>Defendants. | CASE NO.:  2:25-cv-01482-JAD-NJK<br><br>STIPULATION AND ORDER TO REMAND TO STATE COURT<br><br><br>ECF No. 4 |

The parties hereby stipulate to remand the subject case to Clark County District Court. This stipulation is based upon the fact that the parties agree that the total amount in controversy, including contract damages, damages for bad faith and any potential punitive damages, does not exceed the sum of $75,000.

DATED this 18th day of August, 2025.

DATED this 18th day of August, 2025.

**K E A T I N G** LAW GROUP

JESSE SBAIH & ASSOCIATES, LTD.

*/s/ John T. Keating*
John T. Keating
Nevada Bar No. 6373
9130 W. Russell Road, Suite 200
Las Vegas, NV 89148
Attorneys for Defendant

*/s/ Jesse M. Sbaih*
Jesse M. Sbaih
Nevada Bar No. 7898
170 S. Green Valley Pkwy., Suite 280
Henderson, NV 89012
Attorneys for Plaintiff

**K E A T I N G** LAW GROUP
9130 W. RUSSELL RD., SUITE 200
LAS VEGAS, NEVADA 89148

1

*Althaher v. United Financial Casualty Co.*
*Case No. 2:25-cv-01482-JAD-NJK*
*Stipulation and Order to Remand to State Court*

ORDER

Based on the parties' stipulation [ECF No. 4], and as it appears that this court lacks subject matter jurisdiction over this case, IT IS ORDERED that **this case is REMANDED** back to the Eighth Judicial District Court for Clark County, Nevada, Case No. A-25-922978-C.  The Clerk of Court is directed to **CLOSE THIS CASE.**

_____
United States District Judge
August 18, 2025

KEATING LAW GROUP
9130 W. RUSSELL RD., SUITE 200
LAS VEGAS, NEVADA 89148

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28